UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
ERIC PIPPIN,                     )
                                 )
    Plaintiff,                   )
                                 )
         v.                      )  NO. 3:11-0915
                                 )  Judge Haynes/Bryant
CHRISTOPHER ALLGOOD, et al.,     )  Jury Demand
                                 )
    Defendants.                  )
```

### O R D E R

After consulting with District Judge Haynes Courtroom Deputy, this case is set for a jury trial on **December 18, 2012, at 9:00 a.m**.

If this action is to be settled, the Law Clerk shall be notified by noon on **December 14, 2012**. If the settlement is reached thereafter resulting in the non-utilization of jurors, the costs of summoning jurors may be taxed to the parties dependent upon the circumstances.

A pretrial conference shall be held **December 3, 2012, at 3:00 p.m**. A proposed pretrial order shall be submitted at the pretrial conference.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge