UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Eric Scott Pippin
　　Plaintiff

V.

Christopher Algood,
Michael Benson,
Davidson County Sheriffs
Office et al;
　　Defendants.

Case No. 3:11-CV-915

JUDGE HAYNES
JUDGE BRYANT

**ORDER:**
Motion granted.

s/ John S. Bryant
U.S. Magistrate Judge

## MOTION FOR EXTENSION OF TIME to Reply to Defendants Motion to Dismiss and Ammend Complaint

Plaintiff Eric Pippin respectfully moves the Court for an extension of time up to and including Febuary 25th 2012 to answer the Defendants Motion to Dismiss, and for Plaintiff to Ammend His Complaint.

I Eric Pippin am the pro se litigant in the above entitled case, and am a incarcerated Prisoner.
I am scheduled to be released from CCA-Metro Davidson County custody on