UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC PIPPIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:11-0915 |
| ) | Judge Haynes/Bryant |
| CHRISTOPHER ALLGOOD, et al., ) | Jury Demand |
| ) | |
| Defendants. ) | |

## O R D E R

Plaintiff Pippin has filed his request for pretrial conference (Docket Entry No. 60).

From the record, it appears that the Court has set this case for trial on December 18, 2012, and has scheduled the pretrial conference for December 3, 2012 (Docket Entry No. 38). It therefore appears that plaintiff's request for a pretrial conference at this time is premature.

For the above reason, plaintiff's request for a pretrial conference (Docket Entry No. 60) is DENIED without prejudice to plaintiff's right to seek relief from this Court by filing a written motion.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge