IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERIC S. PIPPIN,

    Plaintiff,

v.

    No. 3:11-cv-00915
    Chief Judge Haynes

CHRISTOPHER ALLGOOD, et al.,

    Defendants.

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgement (Docket Entry No. 80) is **GRANTED in part** and **DENIED in part**.

Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED with prejudice** for Plaintiff's failure to prosecute.

This is the Final Order in this action. Any appeal of this order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTERED this the 26th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court