IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC S. PIPPIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-cv-00915 |
| | ) Chief Judge Haynes |
| CHRISTOPHER ALLGOOD, et al., | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgement (Docket Entry No. 80) is **GRANTED in part** and **DENIED in part**.

Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED with prejudice** for Plaintiff's failure to prosecute.

This is the Final Order in this action. Any appeal of this order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTERED this the 26 day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court